■ In the Matter of the Claim of PHILIP A. CAMPANELLA, Appellant. NEW YORK CITY FIRE DEPARTMENT, Respondent; JOHN F. HUDACS, as Commissioner of Labor, Respondent.—On the Court's own motion, unpublished decision dated April 2, 1992 rescinded and order entered April 2, 1992 vacated.

Weiss, P. J., Yesawich Jr., Mahoney, Casey and Harvey, JJ., concur.